IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | |
|---|---|
| Mark Fitzhenry, individually and on behalf of a class of all persons and entities similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> The Independent Order of Foresters and Thad Michael Sipple, <br><br> Defendants. | Civil Action No. 2:14-cv-03690-DCN <br><br><br><br><br> **CONSENT AMENDED SCHEDULING ORDER** |

For good cause shown, and with consent of all parties after conferring on Monday, December 22, 2014 at the Scheduling Conference required by Fed. R. Civ. P. 26(f), the Conference and Scheduling Order dated December 3, 2014 is hereby amended as follows:

1. Rule 26(a)(1) Disclosures:  No later than **January 28, 2015**, the required initial disclosures under Fed. R. Civ. P. 26(a)(1) shall be made.

2. Amendment of Pleadings:  Motions to join other parties and amend the pleadings shall be filed no later than **January 29, 2015**.

3. Expert Witnesses: Parties shall file and serve a document (1) identifying by full name, address and telephone number each person whom they expect to call as an expert at trial, and (2) certifying that each expert has provided the written report and disclosure required by Fed. R. Civ. P. 26(a)(2) by the following dates:

    Plaintiff: **August 14, 2015**

    Defendants: **October 1, 2015**

4. Discovery: Discovery shall be completed no later than **November 20, 2015.**

5. <u>Dispositive Motions/Motion to Certify Class</u>: All dispositive motions, all <u>Daubert</u> motions, and all motions to certify a class shall be filed on or before **January 8, 2016**.

6. <u>Mediation:</u> Pursuant to Local Civil Rule 16.04-.12, mediation shall be completed in this case on or before **February 12, 2016.** Thirty (30) days prior to this, counsel for each party shall file and serve an ADR Statement and Certification under Local Civil Rule 16.03.

7. <u>Trial:</u>  This case will go to trial on or after the term of court beginning **March 7, 2016.**

_____
David C. Norton
United States District Judge

January 20, 2015
Charleston, South Carolina

2