AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Mark Fitzhenry, individually and on behalf of a class of all persons and entities similarly situated,<br><br>*Plaintiff*<br><br>v.<br><br>The Independent Order of Foresters and Thad Michael Sipple,<br>*Defendants* | Civil Action No.   2:14-cv-03690-DCN |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: The court grants the defendant's Motions to Dismiss

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge on motions to dismiss.

Date:   June 15, 2015                                             *CLERK OF COURT*

                                                                  s/John P. Bryan, Jr.
                                                                  *Signature of Clerk or Deputy Clerk*